JOSIE DELVIN
BENTON COUNTY CLERK

MAY 1 7 2023

**FILED**

 COPY

**CIVIL**
BENTON COUNTY SUPERIOR COURT
Case Information Cover Sheet (CICS)

Case Number 23-2-00940-03  Case Title Jamie Bailey v QualiCenters Inland Northwest, LLC d/b/a
FMC Columbia Basin, d/b/a Fresenius Kidney Care

**Attorney Name** Adam R. Pechtel      **Bar Membership Number** 43743

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ABJ | Abstract of Judgment | ☐ | PRG | Property Damage – Gangs |
| ☐ | ALR | Administrative Law Review | ☐ | PRP | Property Damages |
| ☐ | ALRJT | Administrative Law Review-Jury Trial (L&I) | ☐ | QTI | Quiet Title |
| ☐ | CHN | Non-Confidential Change of Name | ☐ | RDR | Relief from Duty to Register |
| ☐ | COL | Collection | ☐ | RFR | Restoration of Firearm Rights |
| ☐ | CON | Condemnation | ☐ | SDR | School District-Required Action Plan |
| ☐ | COM | Commercial | ☐ | SPC | Seizure of Property-Commission of Crime |
| ☐ | DOL | Appeal Licensing Revocation | ☐ | SPR | Seizure of Property-Resulting from Crime |
| ☐ | DVP | Domestic Violence | ☐ | STK | Stalking Petition |
| ☐ | EOM | Emancipation of Minor | ☐ | SXP | Sexual Assault Protection |
| ☐ | FJU | Foreign Judgment | ☐ | TAX | Employment Security Tax Warrant |
| ☐ | FOR | Foreclosure | ☐ | TAX | L & I Tax Warrant |
| ☐ | FPO | Foreign Protection Order | ☐ | TAX | Licensing Tax Warrant |
| ☐ | HAR | Unlawful Harassment | ☐ | TAX | Revenue Tax Warrant |
| ☐ | INJ | Injunction | ☐ | TMV | Tort – Motor Vehicle |
| ☐ | INT | Interpleader | ☐ | TRJ | Transcript of Judgment |
| ☐ | LCA | Lower Court Appeal – Civil | ☐ | TTO | Tort – Other |
| ☐ | LCI | Lower Court Appeal – Infractions | ☐ | TXF | Tax Foreclosure |
| ☐ | LUPA | Land Use Petition Act | ☐ | UND | Unlawful Detainer – Commercial |
| ☐ | MAL | Other Malpractice | ☐ | UND | Unlawful Detainer – Residential |
| ☐ | MED | Medical Malpractice | ☐ | VAP | Vulnerable Adult Protection Order |
| ☐ | MHA | Malicious Harassment | ☐ | VVT | Victims of Motor Vehicle Theft-Civil Action |
| ☒ | MSC2 | Miscellaneous – Civil | ☐ | WDE | Wrongful Death |
| ☐ | MST2 | Minor Settlement – Civil (No Guardianship) | ☐ | WHC | Writ of Habeas Corpus |
| ☐ | PCC | Petition for Civil Commitment (Sexual Predator) | ☐ | WMW | Miscellaneous Writs |
| ☐ | PFA | Property Fairness Act | ☐ | WRM | Writ of Mandamus |
| ☐ | PIN | Personal Injury | ☐ | WRR | Writ of Restitution |

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW.**

Employment

*Please Note: Public information in court files and pleadings may be posted on a public Web site.*

JOSIE DELVIN
BENTON COUNTY CLERK

MAY 17 2023

FILED

COPY

In the Superior Court of the State of Washington
In and For Benton County

| | |
|---|---|
| Jamie Elaine Bailey,<br>　　　　　Plaintiff, | No. _____ |
| v. | Complaint for Damages |
| QualiCenters Inland Northwest, LLC<br>d/b/a FMC Columbia Basin, d/b/a<br>Fresenius Kidney Care,<br>　　　　　Defendant. | |

1. Being the victim of unlawful employment practices regarding mandatory overtime, Jaime Elaine Bailey brings this lawsuit against her former employer for actual damages, reasonable attorneys' fees and costs of suit, and other appropriate relief.

### JURISDICTION AND VENUE

2. The Superior Court has original jurisdiction in this case because the value of the claims asserted by Plaintiff amounts to more than three hundred dollars ($300).

---

Complaint for Damages - 1

**Pechtel Law PLLC**
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336-3853
(509) 586-3091

3. Benton County Superior Court is the proper venue for this cause of action because Defendant QualiCenters Inland Northwest, LLC has an office and transacts business in Benton County, Washington, and is, therefore, a resident of Benton County.

4. Venue is also proper because Benton County is where the cause of action arose.

## STATEMENT OF FACTS

5. **Plaintiff Jamie Elaine Bailey ("Plaintiff")** is a natural person residing in Umatilla, Oregon.

6. **Defendant QualiCenters Inland Northwest, LLC ("Defendant")** is a foreign limited liability company duly organized under the laws of the State of Colorado.

7. On information and belief, Defendant is a wholly owned subsidiary of National Medical Care, Inc. and QualiCenters, Inc.

8. Defendant operates a facility in Kennewick, Washington under the tradenames "Fresenius Kidney Care" and "FMC Columbia Basin."

9. Defendant's business is the treatment of renal disease.

10. Plaintiff is a Registered Nurse and has been duly licensed as such under the laws of the State of Washington since February 2005.

Complaint for Damages - 2

**Pechtel Law PLLC**
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336-3853
(509) 586-3091

11. Defendant employed Plaintiff at its Kennewick, Washington facility from March 9, 2020, to September 28, 2022, as a Dialysis Registered Nurse.

12. Defendant paid Plaintiff on an hourly basis.

13. Defendant paid Plaintiff an initial pay rate of $40.00 per hour, which regularly increased over the course of her employment to a final pay rate of $48.45 per hour at the time of her separation from employment.

14. Defendant used a bi-weekly (every two weeks) *pay period* and *payment interval* for the payment of Plaintiff's wages, with a *payday* occurring every other Friday, as those terms are defined in WAC 296-126-023.

15. Defendant's pay periods began on a Sunday and ended fourteen days later on a Saturday, with the corresponding payday occurring the following Friday.

16. Plaintiff was entitled to overtime for any hours worked in excess of 40 hours per week.

17. Defendant originally scheduled Plaintiff to work three 12-hour shifts and one 12-hour on-call shift per week, block-scheduled over a two-week period so that Plaintiff worked six to eight days consecutively and had six to eight consecutive days off work.

| Complaint for Damages - 3 | **Pechtel Law PLLC**<br>Adam R. Pechtel<br>21 N Cascade St<br>Kennewick, WA 99336-3853<br>(509) 586-3091 |
|---|---|

18. During 2021, Defendant failed to maintain proper staffing levels and frequently requested Plaintiff work additional hours to make up staffing shortages.

19. During 2021, Plaintiff worked more than her scheduled 72 hours per two weeks, 77% of the pay periods.

20. During 2021, Plaintiff worked more than 84 hours per two weeks, about 38% of the pay periods.

21. During 2021, Defendant periodically offered Plaintiff bonuses as an incentive to work additional shifts.

22. About the first quarter of 2022, Nicole Sattler became Defendant's Operation Manager.

23. Ms. Sattler announced during a staff meeting that bonuses would no longer be paid and that overtime and additional on-call shifts would be mandatory due to staffing shortages.

24. After Ms. Sattler's announcement, Defendant scheduled Plaintiff to work four 12-hour shifts and two 12-hour on-call shifts per week, block-scheduled over a two-week period so that Plaintiff worked eight to ten days consecutively and only had as few as four consecutive days off work every two weeks.

25. Plaintiff expressed her disagreement with the schedule changes, but Defendant did not change the schedule.

| Complaint for Damages - 4 | **Pechtel Law PLLC**<br>Adam R. Pechtel<br>21 N Cascade St<br>Kennewick, WA 99336-3853<br>(509) 586-3091 |
|---|---|

26. Plaintiff exercised her legal right to refuse the additional on-call shifts and overtime.

27. Plaintiff reasonably believed Defendant's scheduling practices amounted to employer misconduct.

28. Plaintiff contacted the human resources department and reported the scheduling practices in what she thought was a confidential discussion.

29. Defendant's human resources representative, Kristian Johnson, sent an SMS text message to Plaintiff informing her that Defendant's operation team had been informed of her complaint regarding the scheduling practices and that the legal team had confirmed that Defendant was in compliance.

30. September 4, 2022, to September 21, 2022, Plaintiff took approved paid vacation.

31. After returning from vacation, Defendant again scheduled Plaintiff for four 12-hour shifts and two 12-hour on-call shifts per week but removed the block-scheduling benefit, giving Plaintiff only single days off.

32. Plaintiff once again exercised her legal right to refuse the excess overtime and on-call shifts.

Complaint for Damages - 5

**Pechtel Law PLLC**
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336-3853
(509) 586-3091

33. Plaintiff emailed Defendant a message resigning her position as full-time lead Registered Nurse due to the ongoing scheduling issues and requested to work on a per diem basis.

34. Defendant accepted Plaintiff's email as resignation from her full-time position but did not respond to Plaintiff's request to work on a per diem basis.

## STATEMENT OF CLAIMS

### CLAIM I: VIOLATION OF THE HEALTH CARE EMPLOYEES MANDATORY OVERTIME PROHIBITION ACT (RCW 49.28.140)

35. Plaintiff incorporates paragraphs 1 through 34 by reference and alleges the same again.

36. Defendants is health care facility which employed Plaintiff.

37. As such, Defendant owed Plaintiff a duty to not require, compel or force her to work more than forty-hours per week. Defendant also owed Plaintiff a duty to not schedule mandatory on-call time in lieu of scheduling employees for regularly scheduled shifts.

38. Defendant breached its duty to Plaintiff by scheduling her for more than forty-hours per week and telling her that it was mandatory and by scheduling her for mandatory on-call time in lieu of scheduling employees for regularly scheduled shifts.

Complaint for Damages - 6

**Pechtel Law PLLC**
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336-3853
(509) 586-3091

39. Defendant's breach caused Plaintiff damage, including but not limited to, denial of Plaintiff's request to transition to per diem employment and Plaintiff's resignation from employment.

**CLAIM II: CONSTRUCTIVE DISCHARGE IN VIOLATION OF PUBLIC POLICY.**

40. Plaintiff incorporates paragraphs 1 through 34 by reference and alleges the same again.

41. Plaintiff exercised her legal right or privilege to refuse extra on-call shifts and overtime.

42. Defendant's ongoing attempts to schedule Plaintiff for prohibited mandatory overtime and on-call shifts created a hostile and intolerable work environment.

43. Plaintiff's decision to resign is consistent with how any reasonable person would likely have responded to similarly intolerable work conditions.

44. Plaintiff resigned solely because of the ongoing scheduling issues.

45. Plaintiff suffered damage as a result of being constructively discharged from her position.

**REQUEST FOR RELIEF**

Wherefore, the plaintiff requests the following relief:

---

Complaint for Damages - 7

**Pechtel Law PLLC**
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336-3853
(509) 586-3091

1  46.    Actual damages caused by Defendant's denial of Plaintiff's request to transition to per diem employment and subsequent constructive discharge of Plaintiff, including damages for back pay, front pay, and emotional harm in an amount to be determined at trial;

47.    Prejudgment interest on back pay;

48.    Reasonable attorneys' fees and costs of suit pursuant to RCW 49.48.030;

49.    Such other and further relief as deemed just, lawful, and equitable by the Court.

Dated this ___ of May 2023.

_____
Adam R. Pechtel
Attorney for Plaintiff
WSBA #43743

---

Complaint for Damages - 8

**Pechtel Law PLLC**
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336-3853
(509) 586-3091

JOSIE DELVIN
BENTON COUNTY CLERK

MAY 17 2023

COPY    FILED

In the Superior Court of the State of Washington
In and For Benton County

| | |
|---|---|
| Jamie Elaine Bailey,<br>        Plaintiff, | No. |
| v. | |
| QualiCenters Inland Northwest, LLC<br>d/b/a FMC Columbia Basin, d/b/a<br>Fresenius Kidney Care,<br>        Defendant(s). | Summons [20 days] |

### SUMMONS

**TO THE DEFENDANT**: A lawsuit has been started against you in the above-entitled court by Jamie Elaine Bailey, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she

SUMMONS - 1

PECHTEL LAW PLLC
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336
(509) 586-3091

asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

*[Signature: Adam R. Pechtel]*

Adam R. Pechtel
Plaintiff's Attorney
WSBA #43743
21 N Cascade St
Kennewick, WA 99336
Dated: May 3, 2023
(509) 586-3091

SUMMONS - 2

PECHTEL LAW PLLC
Adam R. Pechtel
21 N Cascade St
Kennewick, WA 99336
(509) 586-3091

Exhibit A
Page 11 of 11